**MANDATORY JUDICIAL NOTICE**
**WRIT OF QUO WARRANTO WITH PROOF OF CLAIM**
**AND ALLODIAL FEE SCHEDULE**

PRIVATE

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

**THIS IS NOT A PUBLIC COMMUNICATION**

Case #
MJ-09201-CR-0000039-2018

**SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR**

**THIS IS A SELF-EXECUTING CONTRACT**

April ___, 2018

**ADMINISTRATIVE REMEDY**

**Claim # _____**

(Treaties and Constitution Enforced)

From:   elam, rashaan, mechelle; sui juris
        c/o 1004 North West Street
           Apartment 5
           Carlisle, pennsylvania (non Domestic, without the U.S.)
           [17013]-9998

To:     c/o Paul M. Fegley
        2260 Spring Road, Suite# 3
        Carlisle, Pennsylvania 17013

*NO PORTION OF THIS PRESENTMENT IS INTENDED TO HARASS, OFFEND, CONSPIRE, INTIMIDATE, BLACKMAIL, COERCE, OR CAUSE ANXIETY, ALARM OR DISTRESS. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT WILL COMPRISE A CONFESSION OF FRAUD UPON THE AGENCY OR COURT WHERE SUCH REPRESENTATION IS MADE. THIS WRIT*

1

*WILL SERVE AS EVIDENCE AND TESTIMONY FOR AND ON THE RECORD OF THE ADMINISTRATIVE PROCEEDING. THE CLAIMANT'S SOLE INTENTION IS TO HONORABLY SATISFY ALL VERIFIED CLAIMS TO THE COMPLETE SATISFACTION OF ALL PARTIES, CLOSE ALL ACCOUNTS, AND MAKE ALL PARTIES WHOLE. CLAIMANT IS A PEACEFUL NEUTRAL NON-COMBATANT AUTOCHTHON AMERICAN MUUR WITH RESPECT TO THE CORPORATE UNITED STATES*

One as, adam rashawn, mechelle in full life in propria persona sui juris en lex does affirm and say, that One is of the age of majority and competent to state the facts and make the claims herein (Minnesota Rule 220). The attached affidavit will serve as evidence and testimony for the record and to be read into the record, and will be labeled exhibit (A). One affirms under the penalties of perjury that this document is true, correct and complete to the best of one's first hand knowledge. **NO THIRD PARTIES ALLOWED**

Greetings: Judge Paul M. Fogley. I'll honor your proceedings by way of special appearance in a non-representative capacity for the purposes of correcting mistakes so as to facilitate settlement and closure on behalf of the defendant. Respective to the aforementioned, I require the mistakes on the record. outstanding jurisdictional issues, accounting, and "other" to be, addressed, clarified, verified, and/or corrected **prior to any trial** so as not to disadvantage either of the parties. Any the aforementioned denied and/or left standing will serve as grounds for appeal and/or removal into another court and/or show of cause for tort claim. Initially, I seek the following clarifications regarding this matter termed Proof of Claims to be placed On and For the record as proof that:

1. adam rashawn, mechelle has right to make record in the matter on behalf of the defendant;

2. existing mistakes on the record have been addressed and corrected before proceeding towards a trial

3. the prosecution has properly bonded the case.

4. rather than having administratively placed the fabricated liability responsibility of bonding the case upon the defendant, by way of color of law activity via a prosecutorial and judicial collaboration employing the use of word trickery during an arraignment in order to

2

transfer/make the defendant liable for said bonding [title 18 violation], the prosecution has met the burden of properly bonding the case itself.

5. the prosecution brings charges that rise from defendant's breach of duty/obligation to "general law" enacted into law "by bill" by the legislature as per the Enacting Clause in the Constitution of the Commonwealth of Pennsylvania, Article III, Section 1, [contract] "**OR**" the prosecution brings charges that rise from defendant's breach of duty/obligation to "special law" (private contract between two parties) that rise/bear prior to any allegations of any breach of duty/obligation to said **contract** between the plaintiff and defendant;

*As per the Constitution of the Commonwealth of Pennsylvania, Article I on "Special Law":*

   *No law shall be passed except by bill, and no bill shall be so altered or amended, on its passage through either House, as to change its original purpose.*

6. the elements of a valid claim must bear/exist/be proven/exist prior to the allegations of any violations/charges made thereto:

   - *If jurisdiction did not be prior to the alleged violation, it **cannot** be attached thereafter.*

   - *Jurisdiction fabricated administratively after the fact is an imposition of color of law under USC Title 18.*

   - *Law does not recognize a defendant's consent/jurisdiction under anything but **involuntary** servitude.*

7. there exists a verified complaint sworn or affirmed under penalty of perjury by a plaintiff that is a real party in interest "**OR**" there exists an unverified complaint brought by an attorney bringing an in rem suit against the estate of a living man on behalf a corporate US FICTITIOUS while holding said living man hostage as surety thereto; (FRCP 12 (b)(6));

6. a valid claim, arising from a valid contract (law: general or special), for which relief can be granted does exist;

7. as a prosecutor has no evidence and is thereby not competent to testify, the prosecutor must allege and prove with witnesses, in personam jurisdiction, subject matter jurisdiction, and territorial jurisdiction;

- *Note: When a judge contributes or interferes with the plaintiff's requirement to allege and prove jurisdiction on the record, said judge is in violation of the Separation Of Powers Doctrine (see Clearfield Trust Co. v. United States, 318 U.S. 363, 371 (1942).*

10. the full disclosure of identity, status, and standing of all parties, so as to disadvantage none;

8. that RASHAAN M. ELAM (and derivations and/or variations thereof) and RASHAAN ELAM (and derivations and/or variations thereof) as being of his (als known as) and/or same are clarified, correct, and in accordance with the evidence thereto [identity theft];

9. the prosecution presents evidence that elam, rashaan, mechelle, will be able confront his accuser as being the plaintiff, and not a "third party "acting" as complainant and/or in place thereof (FRCP 12 (b)(6);

10. this is a court of competent jurisdiction that can hear law and rational, above and beyond mere contract administration;

11. this is an Article III Court in which Article III Judge is presiding "OR" this is an Article I court of contract that has NO jurisdiction over a living man.

    - *Note: as the movant of [outstanding issues in this instance], I shall through special visitor a motion that overrides the jurisdiction at present set forth the court;*
    - *An Article I court cannot hear a living man*

15. elam, rashaan, mechelle, a living woman, is being held in physical and/or constructive custody as surety for RASHAAN M. ELAM (the estate being probated in this matter) by an Article III Court in which an Article III Judge is presiding "OR" the living woman elam, rashaan, mechelle is being held in physical and/or constructive custody as surety for RASHAAN M. ELAM, the estate being probated in this matter by an Article I Court in which an Article I Judge is presiding;

12. should the matter proceeds to a trial, that said trial will be a "Trial by Jury" and not a "JURY TRIAL";

13. documents and evidence filed into record are eligible to become evidences that is recognized "On and For" the record and thereby applicable to courtroom proceedings;

14. the evidence put into record for the defendant on behalf of elam, rashaan, mechelle stands as fact if not rebutted by competent witness testimony;

15. the evidence put into record regarding the "contract" that RASHAAN M. ELAM has with the UNITED STATES, Title 50 § 4305 (b) (2) is adhered to under UNITED STATES law as per elam, rashaan, mechelle's deposit having been made to/for UNITED STATES;

16. the prosecution has presented evidence, and not just made claim, that elam, rashaan, mechelle is a 14th Amendment citizen;

17. the instruments being relied upon to move the matter against the defendant are proven to be true, correct, and valid;

18. that the detective's Declaration of Warrant/Summons is proven to be true and correct and/or does not contain perjured statements;

19. the procedures executed to move the matter administratively have not, do not, and will not harm, trespass upon, and/or violate the inalienable rights of the living man known as RASHAAN M. ELAM (and derivations and variations thereof) and/or the civil rights of the defendant known as RASHAAN M. ELAM (and derivations and variations thereof);

20. that inalienable rights of elam, rashaan, mechelle are recognized, understood, and given proper standing so as not be infringed upon during the attempt, known as case number MJ 09201-CR-0000139-2018, that being made to probate the elam, rashaan, mechelle estate;

21. the court's actions are consistent with N.R.S. 1.020 and 1.030, whereby the matter is being administrated in accordance therewith;

22. the venue, respective to elam, rashaan, mechelle, in which the matter is being administered and/or tried is local "OR" foreign.

23. The fraudulent process is as follows. All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the 'Defendant' is a decedent. After finding the alleged 'Defendant' guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant is a decedent, the court officials consider themselves as a beneficiary.

24. When a judge asks if a person understands, he/she is asking if the person is liable for the bond. I am not responsible for the bond of in these cases, but I will appoint the Judge as Trustee/fiduciary and I be the beneficiary of all proceeds.

25. The judgments are stamped with something to the effect of "Pay To The Order Of ___" further back and taken to the federal discount window. The judgment now becomes a 'note'.

26. The United States Attorney's Office has a put code number, NAICS (North American Identification Security Classification). Said NAICS number enables the United States Attorney's Office to trade globally all securities.

27. All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which has another department called DLIS (Defense Logistics Information Service), which issues a cage code, which makes a commercial and government entity, which everything corresponds with their bank account.

28. All 'criminal' cases not heard in an Article 3 court (District Court of the United States) are really civil, however, the courts again commit fraud by labeling the case as criminal. All cases which are plead out or have a 'guilty' conviction label the civil defendant (through unlawful conversion) as felons, when they are not. This is fraud upon the people at large, and certainly fraud upon the alleged 'Defendants'.

29. All of the lawyers involved are acting as private debt collectors according to the FDCPA (Title 15 § 1692). The BAR Association exempts them from having to be registered as such, however, they operate through call warrants, which are like a 'put' or a 'call'. Doing margin calls is where

they convert a case through (similar to a Writ of Execution) use the case number to buy equity securities

30. Anytime when there is risk management involved it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Euro Hermes, a trust holder and underwriting company and subdivision of Alliance SE of Munich, Germany (Primo Bonds).

31. The court judgments are deposited with the IMF. Since this case obviously involves me, I have a drawing right to all proceeds. See HJC §§ 205 and §§ 206. The court judgments are monopolized according to Title 26, which is a violation of anti-trust laws, and also unfair trade practices.

32. Indictments are True Bills, meaning they are negotiable instruments. The District Attorney failed to give me a 1099 OID showing me as the recipient of the funds, which is fraud upon me. In my case, I have not been indicted, but still require a 1099 OID, unless the court wishes to close this account.

33. The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a §7201 of Title 26 violation (willful failure to file with the intent to evade the tax.

34. According to the IRS §6209 Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. I am asking for a 1099 OID in this case, as I am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

35. According to Title 26 §302 & §7701, companies, corporations, and associations and trusts are all decedents. This means my all capital letter name is a corporation.

36. Just the Judge has a type of insurance as required to sit in any proceeding – which is a 'Letter of Marque' and they are still being issued. Do you have a Letter of Marque under the King's Bench, which is a special commission to sit for Lawyers?

## Matters to be Judicially Noticed

**The following Documents will be needed in order to go forward in this matter:**

A. The court public hazard bonds in this case:

B. The Oaths office, Loyalty Oaths and surety bond information of all participating in this procedure,

C. Delegation of Authority of the Court,

D. A verified complaint from my accuser along with an affidavit sworn thereto,

E. All tax bond receipts 1099OID, 1099A, 1099C and W-9 Tax Documents [26 USC 2032A (e) 11],

F. The authorization from the Internal Revenue Service to go forward with this Case # C-17-323079-1 [26 USC 2032A (e) 11].

## Allodial Fee Schedule

### Willful "Torts" committed by a PUBLIC SERVANT (Table Three)

| ITEM | DESCRIPTION | RATE |
|---|---|---|
| 2.) | Failure to Honor Oath of Office | $20,000.00 |
| 3.) | Failure to honor Constitutional & Loyalty Oath. | $20,000.00 |
| 4.) | Acting as a Judge (one who can hear Law) | $100,000.00 |

### Seizing and Detaining private property (table four)

| ITEM | DESCRIPTION | RATE |
|---|---|---|

| | |
|---|---|
| 3.)   Court special appearances | $10,000 per Spec. App |
| 4.)   For every Ten (10) minutes in attendance. (A Personal Appearance Bond must be present at the Administrative Proceeding. | $2,500.00 |

## DEMAND FOR IDENTIFICATION AND CREDENTIALS QUO WARRANTO

Judge Paul M Fogley, this is a formal Request and Command for all to produce for the record, the physical documentation of your 'Delegation of Authority', as proof of jurisdiction, as required by law, pursuant to Article III, Section I of the United States Republic Constitution. This Administrative Notice and Demand is not intended to hinder, delay, obstruct, intimidate, harass or in anyway threaten anyone, but is simply a means of invoking recipiente's duty to act pursuant to the below quoted instructions i.e. (laws, cases and statutes), which apply to the recipient in recipient's official capacity, for lawful disclosure
of vitally needed information. Should recipient not timely and fully comply, it will be deemed, by tacit procuration, your implied consent too a challenge, pursuant to a petition for a Writ of Quo Warranto [63 Am Jur2nd 5, 441], to your authority, in a court of correct jurisdiction.

### Information Needed:

1. Oath of Office [Title 5 USC § 3331]
2. Officer Affidavit [Title 5 USC § 3332] and/or
3. Employee Affidavit [Title 5 USC § 3333]
4. Surety Bond [Title 5 USC § 2901]
5. Registration [Title 22 USC § 611 & 612]

### Res Judicata

[Hagans v. Lavine 415 U.S. 533], There is no discretion to ignore lack of jurisdiction.
[Joyce v. U.S. 474 2d 215]; The law provides that once State and Federal jurisdiction has been challenged, it must be proven. [Martin v. Thiboutot 100. S. Ct. 2501 (1980)];

*Jurisdiction can be challenged at anytime, and *jurisdiction, once challenged, cannot be assumed and must be decided. [Basso v. Utah Power & Light Co. 495 F.2d 906,910].

**PUBLIC HAZARD BONDING OF CORPORATE AGENTS:** All officials are required by federal, state. and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job they are performing. Failure to provide this information constitutes corporate and limited liability insurance fraud [15 USC] and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office [18 USC 912]. Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both [18 USC §1621]

[18 USC 1651] Piracy under the Law of Nations; Whoever on the high seas commits the crime of piracy as defined by the Family of Nations and is afterwards brought into or found in THE UNITED STATE shall be imprisoned for life.

All rights and liberties reserved

By _Elen, rasheen, mechelle_
Authorized Representative
without the U.S.



april 18, 2018

| BOND NUMBER | SURETY BOND | |
|---|---|---|
| RMESB 0000000101 | $300,000,000.00 | |

|  |  |
|---|---|
| To: Dennis E. Lebo, hereinafter "Fiduciary"<br>Cumberland County Clerk of Courts<br>1 Courthouse Square<br>Room 205<br>Carlisle, Pennsylvania 17013 | Issue Date: April 17 2018<br><br>Expiration Date: April 17, 2048 |

For: Rashaan Mechelle Elam — Account Holder
ELAM, RASHAAN M.. [sic], and all derivatives thereof — Account Holder
Case No. MJ-09201-CR-0000039-2018, MDJ 09-2-01 of Pennsylvania — Account Holder
Dennis Lebo, Cumberland County Clerk of Courts — Account Holder
Paul M. Fegley, Magisterial District Judge, MDJ 09-2-01 — Account Holder
M. L. Ebert Jr., Cumberland County District Attorney — Account Holder
COUNTY OF CUMBERLAND, and all subdivisions and agents thereof — Account Holder
STATE OF PENNSYLVANIA, and all subdivisions and agents thereof — Account Holder
UNITED STATES, and all subdivisions and agents thereof — Account Holder
Social Security Account Number: 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 for ELAM, RASHAAN M.. — Account
each severally

By/On/Through: Rashaan Mechelle Elam, Principal, hereinafter "Creditor"
Private Offset Account No. 211684720

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a Surety Bond; and WHEREAS, only fiat money exists in circulation for the discharge of debt;

NOW, THEREFORE, the undersigned Creditor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, does by necessity hereby issue this *Surety Bond* to wit: In my rightful *Sui Juris* status, the Creditor does hereby knowingly and with full disclosure hold, bind and obligate myself jointly and severally by this instrument as voluntary surety for all of the above-noted Account Holders and Accounts, each severally, including, without limitation, Rashaan Mechelle Elam, Private Offset Account No. 211684720, and ELAM, RASHAAN M..., Social Security Account No. 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, for any amount up to and including: **Three Hundred Million United States Dollars**, i.e., **$300,000,000.00**, insuring, underwriting, identifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, True Bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar for dollar all such obligations until the sum or the term of this Bond is exhausted. The Fiduciary shall have ten (10) days from presentment to dishonor the Bond by returning it to the Principal by Certified Mail at the exact mailing location shown below. Failure to return will stipulate acceptance and honor.

### BOND ORDER

1. The Fiduciary shall discharge and vacate all pre-existing and current Liabilities as may exist without exception for, against and on behalf of any and all of the above-noted Account Holder(s) and Accounts, each severally, including, without limitation, Rashaan Mechelle Elam, Private Offset Account No. 211684720, and ELAM, RASHAAN M..., Social Security Account No. 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, dollar for dollar through the above-noted Private Offset Account up to and including the full Face Value amount of this Bond.

2. Each of the above-noted Account Holder(s) and Accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may come to exist, discharging and vacating all such obligations dollar for dollar without exception through the above-noted Private Offset account up to and including the full Face Value amount of this Bond.

3. The Fiduciary shall have ten (10) days from the date of delivery of this *Surety Bond* to dishonor this Bond by returning it to the Principal, with all associated transactions annexed thereto, by Certified Mail at the exact, mailing location shown below. The Fiduciary's failure to return this Bond within the time stated above shall constitute the Fiduciary's acceptance of this bond, the Fiduciary's agreement to honor this Instrument, and the Fiduciary's agreement to set-off all associated transactions and claims submitted by the Principal, as they occur, in full accord with Public Law, Public Policy, and the terms and conditions contained herein.

4. All communication shall be sent by United States Certified Mail directly to the Principal at the exact, temporary, mailing location shown below. Service in any other manner will be defective. The Principal will accept post at the said mailing location only.

5. This Bond shall be ledgered as an asset to the benefit of the Department of the Treasury.

6. This Bond expires at 11:59:59 PM, April 17, 2048.

Executed by the undersigned on this the Seventeenth day of September, in the year Two-thousand nine. All Rights and Remedies Reserved.

By: *Elam, rashaan, mechelle* (seal)
  Principal/Underwriter
Exemption ID # 211684720
Non-domestic mail
in care of: 1004 North West Street
Carlisle, Pennsylvania

211684720

April 17th, 2018